UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE LIFE INSURANCE COMPANY, NATIONWIDE GENERAL INSURANCE COMPANY, NATIONWIDE VARIABLE LIFE INSURANCE COMPANY, COLONIAL INSURANCE COMPANY OF CALIFORNIA, and NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>    Plaintiffs,<br>v.<br><br>JOHN MARCUCILLI, JAMES L. BIRARELLI, JAMES W. WARNER, SR., MARCUCILLI AGENCY, INC., JAMES L. BIRARELLI, INC., and MORAINE GROUP, INC.,<br><br>    Defendants. | CIVIL NO.: 3:00CV870 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>June 8, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rule of Civil Procedure, the undersigned, Attorney Erin O'Brien Choquette, respectfully moves to withdraw her appearance as counsel for the above-referenced defendants in the above-captioned action.

The undersigned moves to withdraw her appearance because she is leaving the law firm of Robinson & Cole LLP and private legal practice to accept a position with the State of Connecticut. The interests of the defendants will be well represented by the following Robinson & Cole lawyer, who also has an appearance in this case: Frank F. Coulom, Jr.

DEFENDANTS

By _/s/ Erin O'Brien Choquette_
Erin O'Brien Choquette
Federal Bar #: ct18585
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: echoquette@rc.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on this 8th day of June, 2006:

Deborah S. Freeman, Esq.
Nicole J. Anker, Esq.
Bingham Dana LLP
One State Street
Hartford, CT 06103-3178

_/s/ Erin O'Brien Choquette_
Erin O'Brien Choquette