UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONWIDE MUTUAL INSURANCE
COMPANY, NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY, NATIONWIDE
LIFE INSURANCE COMPANY, NATIONWIDE
GENERAL INSURANCE COMPANY,
NATIONWIDE VARIABLE LIFE INSURANCE
COMPANY, COLONIAL INSURANCE
COMPANY OF CALIFORNIA, and
NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY

: CIVIL NO.: 3:00CV870 (RNC)

    Plaintiffs,
v.

JOHN MARCUCILLI, JAMES L. BIRARELLI,
JAMES W. WARNER, SR., MARCUCILLI
AGENCY, INC., JAMES L. BIRARELLI, INC.,
and MORAINE GROUP, INC.,

    Defendants.

: June 8, 2006

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rule of Civil Procedure, the undersigned, Attorney Erin O'Brien Choquette, respectfully moves to withdraw her appearance as counsel for the above-referenced defendants in the above-captioned action.

The undersigned moves to withdraw her appearance because she is leaving the law firm of Robinson & Cole LLP and private legal practice to accept a position with the State of Connecticut. The interests of the defendants will be well represented by the following Robinson & Cole lawyer, who also has an appearance in this case: Frank F. Coulom, Jr.

*So ordered. Granted.*
*Robert N. Chatigny, U.S.D.J.*
*June 14, 2006.*